John Edward ANDERSON, Jr.,
Plaintiff–Appellant,

v.

PORTSMOUTH CITY; Sheriff William Watson; Lieutenant Keese, Acting subordinate of the Sheriff; John Doe; John Doe; Jane Doe; Jane Doe, Defendants–Appellees,

and

Commonwealth of Virginia; Portsmouth City Jail; Amy Kirby, Public Defender; Matthew Johnson, Senior Assistant Public Defender; Joyce L. Weddle, Deputy Public Defender, Defendants.

No. 15–7639.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

John Edward Anderson, Jr., Appellant Pro Se. Cheran Denise Cordell, Office of the City Attorney, Portsmouth, Virginia; Jonathan Lewis Stone, Norris & St. Clair, P.C., Virginia Beach, Virginia, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Anderson, Jr., appeals the district court's order granting Defendants' motion to dismiss and dismissing Anderson's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Virginia*, No. 2:14-cv-00604-AWA-LRL (E.D.Va. Sept. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*